No. 92–1543. WRIGHT v. WRIGHT, TRUSTEE. C. A. 5th Cir. Certiorari denied.

No. 92–1545. FITZGARRALD ET AL. v. CITY OF IOWA CITY, IOWA, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 92–1548. WHITLEY, WARDEN v. LOYD. C. A. 5th Cir. Certiorari denied.

No. 92–1549. RESHARD ET AL. v. BRITT ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–1554. HINTZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF HINTZ, DECEASED v. PARK COUNTY, MONTANA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1555. JANSEN ET AL. v. CITY OF CINCINNATI, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1556. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET AL. v. INTERNATIONAL INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1557. MAGOON v. METTIKI COAL CORP. C. A. 4th Cir. Certiorari denied.

No. 92–1561. RENSSELAER CENTRAL SCHOOL CORP. v. BERGER ET AL., BY NEXT FRIEND, BERGER. C. A. 7th Cir. Certiorari denied.

No. 92–1565. SELTZER v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–1567. BROWN v. FARHOUD ET AL. Ct. App. Wis. Certiorari denied.

No. 92–1570. FARMERS INSURANCE GROUP, DBA TRUCK INSURANCE EXCHANGE ET AL. v. MASSEY ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1571. JENKINS ET AL. v. ARIZONA. Ct. App. Ariz. Certiorari denied.